# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES PATNODE, individually and on behalf of all others similarly situated,<br><br>v.<br><br>MBO PARTNERS, INC. | Case No. 1:20-CV-00411 |

## JOINT RULE 41 DISMISSAL WITHOUT PREJUDICE

Plaintiff Charles Patnode and Defendant MBO Partners, Inc. hereby jointly dismiss this case without prejudice pursuant to Rule 41(a)(1)(A)(i). The dismissal of this case is effective upon the filing of this notice. *Id.*

                                                    It is so Ordered.

                                                    _____
                                                    Anthony J. Trenga
                                                    United States District Judge

June 8, 2020
Alexandria, Virginia

Respectfully submitted,

| | |
|---|---|
| Dated: June 5, 2020 | Dated: June 5, 2020 |
| **BUTLER ROYALS, PLC** | **MICHAEL BEST & FRIEDRICH, LLP** |
| /s/ *Zev H. Antell* | /s/  *Kyle G. Hepner* |
| **Harris D. Butler** (VSB No. 26483) | **Kyle G. Hepner** |
| **Zev H. Antell** (VSB No. 74634) | Virginia State Bar No. 76831 |
| **Paul M. Falabella** (VSB 81199) | **MICHAEL BEST & FRIENDRICH LLP** |
| **BUTLER ROYALS, PLC** | 1000 Maine Ave. SW, Suite 400 |
| 140 Virginia Street, Suite 302 | Washington, DC 20024 |
| Richmond, Virginia 23219 | 2020-747-9574 – Telephone |
| 804-648-4848 – Telephone | 202-347-1819 – Facsimile |
| 804-237-0413 - Facsimile | kghepner@michaelbest.com |
| harris.butler@butlerroyals.com | |
| zev.antell@butlerroyals.com | ***Attorney for Defendant*** |
| paul.falabella@butlerroyals.com | |

AND

**Andrew W. Dunlap*** 
TX Bar No. 24078444
**Taylor A. Jones*** 
TX Bar No. 24107823
**JOSEPHSON DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
tjones@mybackwages.com
**Admitted Pro Hac Vice*

***Attorneys for Plaintiff***